**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Sears, Roebuck & Company, et al., Plaintiffs, vs. Comdot Internet Services Private Limited, et al., Defendants. | FILED: JULY 11, 2008<br>08CV3959<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE VALDEZ<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEARS, ROEBUCK & COMPANY, a New York company;
KCD IP, LLC, a Delaware limited liability company; and
SEARS INTELLECTUAL PROPERTY MANAGEMENT COMPANY, an Illinois corporation

| NAME (Type or print) |
|---|
| Jeffrey P. Dunning |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey P. Dunning |

| FIRM |
|---|
| Greenberg Traurig, LLP |

| STREET ADDRESS |
|---|
| 77 W. Wacker Dr., Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 627364 | 312.456.8400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐