# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08-CV-3959
Sears, Roebuck & Company, et al.,
        Plaintiffs,
vs.
Comdot Internet Services Private Limited, et al.,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SEARS, ROEBUCK & COMPANY, a New York company;
KCD IP, LLC, a Delaware limited liability company; and
SEARS INTELLECTUAL PROPERTY MANAGEMENT COMPANY, an Illinois corporation

| | |
|---|---|
| **NAME** (Type or print) <br> Jason B. Elster | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jason B. Elster | |
| **FIRM** <br> Greenberg Traurig, LLP | |
| **STREET ADDRESS** <br> 77 W. Wacker Dr., Suite 2500 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289434 | **TELEPHONE NUMBER** <br> 312.456.8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |