**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SEARS, ROEBUCK & COMPANY, a New York company, KCD IP, LLC a Delaware limited liability company, and SEARS INTELLECTUAL PROPERTY MANAGEMENT COMPANY, an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> COMDOT INTERNET SERVICES PRIVATE LIMITED, a foreign company, and <craftsmanclub.com>, <br><br> Defendants. | Case No. 08 cv 3959 <br><br> Judge St. Eve <br><br> Magistrate Judge Valdez |

**CERTIFICATION OF DISTRIBUTION OF LANHAM ACT**
**VOLUNTARY MEDIATION PROGRAM MATERIALS**

PURSUANT to Local Rule 16.3 and the Court's procedures adopted pursuant thereto, the undersigned hereby certifies that copies of the Court's notice and information concerning the Voluntary Mediation Program for Lanham Act cases in the Northern District of Illinois have been provided to Plaintiffs SEARS, ROEBUCK & COMPANY; KCD IP, LLC; and SEARS INTELLECTUAL PROPERTY MANAGEMENT COMPANY.

Respectfully submitted,

Dated: August 7, 2008

s/ Jeffrey P. Dunning
Paul D. McGrady, Jr. (ARDC 6239525)
Jeffrey P. Dunning (ARDC 6273364)
Jeffrey G. Mote (ARDC # 6243534)
Jason B. Elster (ARDC 6289434)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: 312.456.8400

Attorneys for Plaintiffs

*CHI 57,433,007v1 8-6-08*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing CERTIFICATION OF DISTRIBUTION OF LANHAM ACT VOLUNTARY MEDIATION PROGRAM MATERIALS was served upon counsel for Defendant on the date set forth below, by airmail, postage prepaid, addressed to:

Comdot Internet Services Private Limited
18/20 Akshay Co-Op. Soc,
S.V. Patel Nagar, Mahada Versova,
Andheri (W),
Mumbai
Maharashtra 400053
INDIA

Dated: August 7, 2008                              s/ Jeffrey P. Dunning

*CHI 57,433,007v1 8-6-08*